# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| Ashleigh Mackin, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :  Case No.   5:21-cv-288-gwc |
| | : |
| Trapp Family Lodge Inc., | : |
| | : |
| Defendant. | : |
| _____/ | : |
| | : |

## NOTICE OF DISMISSAL WITH PREJUDICE [FRCP 41(A)]

Plaintiff, by and through undersigned counsel, hereby notifies this Court pursuant to FRCP 41(a)(1)(A)(i) that this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: July 5, 2022

*/s/ Tristan W. Gillespie, Esq.*
Tristan W. Gillespie, Esq.

THOMAS B. BACON, P.A.
600 Blakenham Ct.
Johns Creek, GA 30022
Gillespie.tristan@gmail.com
404-276-7277

ATTORNEYS FOR PLAINTIFF

1